IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELKINO DENARDO DAWKINS,

    Plaintiff,

v.                              CASE NO. 4:12-cv-476-RS-CAS

JUDGE DIMITROULEAS, et al.,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Amended Report and Recommendation (Doc. 6).

**IT IS ORDERED:**

1. The Magistrate Judge's Amended Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted and because Plaintiff has failed to provide a valid mailing address.

3. The certificate of appealability is **DENIED**.

4. The clerk is directed to close the file.

**ORDERED** on November 13, 2012.

                                        <u>/S/ Richard Smoak</u>
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**